FILED
DISTRICT COURT OF GUAM
JAN 27 2021
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. MJ 21-00020
Information associated with WhatsApp account mobile )
number 671-456-4707 stored at WhatsApp, a company )
in Menlo Park, CA (See Attachment A) )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with WhatsApp account mobile number 671-456-4707 stored at WhatsApp, a company in Menlo Park, CA. Property further described in Attachment A.

located in the _____ District of _____Guam_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2422(b) & 2 and 18 U.S.C. Sections 1470 & 2 | Attempted Sexual Enticement of a Minor and Attempted Transfer of Obscene Material to a Minor |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua M. Kipp, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: 1/27/2021

*Judge's signature*

City and state: Hagatna, Guam    MICHAEL J. BORDALLO, U.S. Magistrate Judge
*Printed name and title*

ORIGINAL

# AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Joshua M. Kipp, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant for information associated with a certain account that is stored at premises owned, maintained, controlled, or operated by WhatsApp, Inc. ("WhatsApp") an electronic communications service headquartered at 1601 Willow Road, Menlo Park, CA 94025. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is also made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require WhatsApp to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications if available.

2. I am a Special Agent (SA) of the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been so employed since June 2003. I am currently assigned to the Honolulu Division, Guam Resident Agency as the Marianas Child Exploitation Human Trafficking Task Force Commander, where my investigative responsibilities include investigation of child exploitation crimes including enticement of a minor and possession, receipt, and distribution of child pornography, among others. I have gained knowledge and experience through training at the FBI Academy, in-service training, and everyday work in conducting these types of investigations. I have received training in the area of child pornography and child exploitation investigations and have been certified and authorized by

1

the FBI to conduct online undercover operations. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by the law to conduct investigations of, and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those individuals in such activities.

3. During my tenure as a SA with the FBI, I have participated in numerous investigations where I have (a) conducted physical and wire surveillance; (b) executed search warrants for electronic devices; (c) served as a monitor in federal wiretap cases and overheard conversations of traffickers to identify subjects and gather evidence; (d) conducted surveillance of individuals engaged in the sexual exploitation of children and other violations of federal and state law; (e) and arrested offenders for the online production and distribution of child pornography. Successfully executing a search of social media and electronic devices is different than searching a location. Often, special equipment is necessary to conduct a search of social media or an electronic device. I have experience conducting searches on social media platforms, wherein a computer was used to access and search the information. In connection with my official duties, I investigate violations of federal criminal laws, including offenses pertaining to certain activities relating to material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2251(a), 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252(a)(4)(B), 18 U.S.C. § 2252A(a)(5)(B), 18 U.S.C. § 2422(b) and 18 U.S.C. § 1470. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child

pornography (as defined in 18 U.S.C. § 2256) in various forms of media, including computer media.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § § 2422(b) and 2 as well as violations of 18 U.S.C. § § 1470 and 2 have been committed by JASON S. BROWN while using telephone number 671-456-4707 and the messaging application WhatsApp. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

5. The purpose of the Applications is to seize evidence for violations of 18 U.S.C. § § 2422(b) & 2 and violations of 18 U.S.C. § § 1470 & 2, relating to material involving the attempted sexual enticement of a minor and the attempted transfer of obscene material to a minor. The applied-for warrant would authorize the forensic examination of the stored application data for the purpose of identifying electronically stored data particularly described in Attachment B.

6. As part of the investigation, I have reviewed documentation and reports provided by and discussed information with other agents and investigators involved in the investigation.

    a. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

    b. As a result of the instant investigation described more fully below, there is probable cause to believe that evidence, fruits, and instrumentalities of attempts to violate

3

federal law including 18 U.S.C. § § 2422(b) & 2 and 18 U.S.C. § § 1470 & 2 are held with WhatsApp, Inc. a social media application company.

## PERTINENT FEDERAL CRIMINAL STATUTES

7. Title 18 U.S.C. § § 2422(b) & 2, makes it a federal crime for any person, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

8. Title 18 U.S.C. § § 1470 & 2, makes it a federal crime for whoever, using the mail or any facility or means of interstate or foreign commerce, knowingly transfers obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempts to do so.

## BACKGROUND INFORMATION
## WHATSAPP MESSAGING APPLICATION

9. WhatsApp Messenger is a US-based proprietary, cross-platform messaging subscription service for smartphones, owned by Facebook. Users must register an actual mobile phone number to send and receive WhatsApp messages. As of August 2015, end-to-end encryption (E2E) is available on all seven platforms WhatsApp supports (Android, iOS, Blackberry, Blackberry 10, Windows Phone, S40, and S60). One-to-one WhatsApp text messages, from any E2E-enabled client, will be encrypted even across platforms.

10. WhatsApp stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service. They also collect unique device identifiers such as the Media

4

Access Control (MAC) address and the International Mobile Equipment Identifier (IMEI) or Mobile Equipment Identifier (MEID) of devices used to access WhatsApp.

11. In some cases, users of social networking applications will communicate directly with the application about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Application providers typically retain records about such communications, including records of contacts between the user and the providers support services, as well as records of any actions taken by the provider or user as a result of the communications. In addition, application providers often have records of the IP addresses used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help identify which computers or other devices were used to access the account and their geographic location.

12. In my training and experience, evidence of who was using an application account may be found in address books, contact or buddy lists, email addresses in the account, and attachments to electronic messages, including pictures and files.

## FACTS SUPPORTING PROBABLE CAUSE

13. On November 16, 2020, SA Kipp created an undercover persona on the Grindr application. As advertised on its website, Grindr is a location-based social networking and online dating application for gay, bisexual, and transgender people. The persona SA Kipp created on Grindr was advertised as an 18 year-old male with the username "Shzayne". Shzayne advertised that he was looking for "chat, dates, friends, right now". At approximately 8:51 p.m. on November 17, 2020, username NPNC began a chat on the Grindr application with Shzayne. During the brief Grindr chat, NPNC told Shzayne his name was Jay and asked if
5

Shzayne had a WhatsApp account. Shzayne told Jay he did have a WhatsApp account and Jay gave Shzayne the cellular telephone number 671-456-4707 to use to contact Jay on the WhatsApp application.

14. On November 17, 2020, SA Kipp, using cellular telephone number 671-685-4927 and undercover name Shayne in the WhatsApp application, began a chat conversation with Jay at 671-456-4707. The following is an extract of the relevant WhatsApp chat communications:

    11/17/20, 9:14 PM - Shayne: Hi jay
    11/17/20, 9:14 PM - Jay: Hi
    11/17/20, 9:21 PM - Jay: How old are you?
    11/17/20, 9:21 PM - Shayne: 13
    11/17/20, 9:21 PM - Jay: Oh
    11/17/20, 9:21 PM - Shayne: Is that too young?
    11/17/20, 9:21 PM - Jay: So you made a fake account on grindr
    11/17/20, 9:22 PM - Shayne: Yeah. I guess u have to be 18.
    11/17/20, 9:22 PM - Jay: Yeah. But to me your ok with me
    11/17/20, 9:26 PM - Jay: I see so your a virgin
    11/17/20, 9:26 PM - Shayne: 👍
    11/17/20, 9:27 PM - Jay: So you like getting suck
    11/17/20, 9:27 PM - Shayne: I've never tried
    11/17/20, 9:28 PM - Jay: Really?
    11/17/20, 9:28 PM - Jay: What about getting fuck
    11/17/20, 9:29 PM - Shayne: I am homeschool so I don't have any friends. Not really done anything
    11/17/20, 9:36 PM - Jay: But is it ok with you if I can see your dick
    11/17/20, 9:49 PM - Jay: So your really 13?
    11/17/20, 9:49 PM - Shayne: Really. U don't believe me?

6

15. At 10:05 p.m., SA Kipp sent a picture to Jay at 671-456-4707. The image was of a young-looking male who was acting in an undercover capacity. The pertinent WhatsApp communications between November 17, 2020 and November 18, 2020 continued as follows:

   11/17/20, 10:06 PM - Jay: Is that really you?
   11/17/20, 10:07 PM - Jay: Wow your really handsome
   11/17/20, 10:07 PM - Jay: It you don't look your 13
   11/17/20, 10:08 PM - Shayne: My mom says the same thing. She says I should stop drinking milk. Lol
   11/17/20, 10:08 PM - Jay: You look 15
   11/18/20, 7:33 PM - Jay: I'll be honest
   11/18/20, 7:34 PM - Jay: I do wanna try you out
   11/18/20, 7:38 PM - Shayne: What does that mean for real?
   11/18/20, 7:41 PM - Jay: Meaning I wanna try and put my dick in your butt

16. At this point in the chat conversation Jay, using cellular telephone number 671-456-4707, sent the image of his penis to SA Kipp using cellular telephone number 671-685-4927 and undercover name Shayne as follows:

   11/18/20, 8:11 PM - Jay: So you wanna learn on how to be gay

   11/18/20, 8:36 PM - Jay: And idk you wanna hangout with me

   11/18/20, 8:43 PM - Jay: To be gay or you willing to do it

   11/18/20, 9:00 PM - Jay: I hope friday will meet

   11/18/20, 9:02 PM - Jay: And I hope you gonna like having a dick in your butt

   11/18/20, 9:24 PM - Jay: Even your 13 I do wanna try you

17. On November 19, 2020, the WhatsApp chat conversation continued between Jay at 671-456-4707, and SA Kipp using cellular telephone number 671-685-4927 and undercover name Shayne. While discussing meeting on Friday, November 19, 2020, the following chats messages were exchanged:

7

    11/19/20, 7:07 PM - Shayne: Can u bring me something?

    11/19/20, 7:07 PM - Jay: Like

    11/19/20, 7:08 PM - Shayne: Candy. I know it sounds dumb but my parents don't let me eat much 🙁

    11/19/20, 7:09 PM - Jay: What kinda of candy

    11/19/20, 7:10 PM - Shayne: I like baby bottle pops. That sounds really lame huh?

    11/19/20, 7:10 PM - Jay: I'll get it

    11/19/20, 7:26 PM - Shayne: So you have your own car?

    11/19/20, 7:28 PM - Jay: I'm driving a subaru crosstrek

18. On November 20, 2020, an administrative subpoena return was received from IT&E, a cellular telephone service provider on Guam, in reference to the subscriber of cellular telephone number 671-456-4707. The return identified cellular telephone number 671-456-4707 as belonging to JASON BROWN, address 208 Jesua Blas Court, Yigo, Guam 96929.

19. Also on November 20, 2020, the WhatsApp chat conversation continued between Jay at 671-456-4707, and SA Kipp using cellular telephone number 671-685-4927 and undercover name Shayne as follows:

    11/20/20, 7:58 PM - Jay: I'm coming now

    11/20/20, 8:01 PM - Jay: Which gate are you gonna be at

    11/20/20, 8:02 PM - Shayne: Front gate please. The other gates too far i think.

    11/20/20, 8:23 PM - Jay: I'm gonna be at the gate in 6 minutes

    11/20/20, 8:35 PM - Jay: I'm here at the visition parking

20. At approximately 8:45 p.m. on November 20, 2020, a dark colored Subaru Crosstrek with one occupant was observed in the visitor's center parking outside the front gate of Anderson Air Force Base. Federal law enforcement officers detained the individual in the Subaru Crosstrek, who was later identified as JASON S. BROWN.

21. During a subsequent interview, BROWN admitted to using his cellular telephone, assigned to 671-456-4707, to communicate with an individual on the Grindr and WhatsApp applications he believed to be 13 years old, for the purpose of having sexual intercourse. BROWN also admitted to transmitting a picture of his own penis to someone he believed to be 13 years old using the WhatsApp messenger application. BROWN provided consent to search his 2019 Subaru Crosstrek, metallic grey in color, with black cloth interior. A search of the vehicle resulted in the seizure of an unused condom, personal lubricant and two Baby Bottle Pop candies. Following the interview BROWN's cellular telephone, a Samsung Galaxy A20s Cellular Telephone, Model # SM-A207M/DS, Serial Number: R9TN200NLRJ, subscribed to IT&E and assigned number 671-456-4707, was also seized as evidence.

## CONCLUSION

22. Based on the aforementioned factual information, I respectfully submit there is probable cause to believe that evidence, fruits, and instrumentalities of such attempted criminal offenses involving the attempted sexual enticement of a minor in violation of 18 U.S.C. § 2422(b) & 2 and the attempted transfer of obscene material to a minor in violation of 18 U.S.C. § § 1470 & 2, may be held at WhatsApp Inc. I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

Further Affiant Sayeth Naught.

Joshua M. Kipp
Special Agent
Federal Bureau of Investigation

## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEARCHED

This warrant applies to information associated with the WhatsApp, Inc. account associated with 671-456-4707 that is stored at premises owned, maintained, controlled, or operated by WhatsApp, Inc., a company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

# ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED AND SEARCHED

**Information to be disclosed by WhatsApp.**

To the extent that the information described in Attachment A is within the possession, custody, or control of WhatsApp, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to WhatsApp, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), WhatsApp is required to disclose the following information to the government for each account or identifier listed in Attachment A:

- Information, other than information related to account creation and start of service, should be limited to account information and activity between 11/17/2020 and 11/20/2020.

- All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

- The types of service utilized by the user;

- All records pertaining to communications between WhatsApp and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § § 2422(b) and 2 and 18 U.S.C. § § 1470 and 2, involving JASON S. BROWN since 11/17/2020, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Communication with 671-456-4707 on any messaging applications or forums regarding the enticement of a minor.

(b) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.