☐ Original    ☐ Duplicate Original



**FILED**
DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT
### for the
### District of Guam

MAR 0 4 2021

**JEANNE G. QUINATA**
**CLERK OF COURT**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ **21 - 00020**
Information associated with WhatsApp account mobile )
number 671-456-4707 stored at WhatsApp, a company in )
Menlo Park, CA (See Attachment A) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Guam_____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with WhatsApp account mobile number 671-456-4707 stored at WhatsApp, a company in Menlo Park, CA. Property further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 10, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Michael J. Bordallo, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    1/27/2021, 3:07 pm          *Michael J. Bordallo*
                                                                              *Judge's signature*

City and state:    Hagatna, Guam          MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                                                      *Printed name and title*

ORIGINAL

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ 21-00020 | Date and time warrant executed:<br>1/29/2021 @ 12:20pm | Copy of warrant and inventory left with:<br>WhatsApp Law Enforcement Portal |
| Inventory made in the presence of :<br>N/A | | |

Inventory of the property taken and name(s) of any person(s) seized:

WhatsApp provided a .pdf (424 KB) titled '717420202290403' and a .zip file (7 KB) titled '717420202290403' that were downloaded from a law enforcement portal.

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4 March 2021

_Executing officer's signature_

JOSHUA M. KIPP, Special agent
_Printed name and title_

3/4/21

## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEARCHED

This warrant applies to information associated with the WhatsApp, Inc. account associated with 671-456-4707 that is stored at premises owned, maintained, controlled, or operated by WhatsApp, Inc., a company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED AND SEARCHED

**Information to be disclosed by WhatsApp.**

To the extent that the information described in Attachment A is within the possession, custody, or control of WhatsApp, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to WhatsApp, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), WhatsApp is required to disclose the following information to the government for each account or identifier listed in Attachment A:

- Information, other than information related to account creation and start of service, should be limited to account information and activity between 11/17/2020 and 11/20/2020.
- All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);
- The types of service utilized by the user;
- All records pertaining to communications between WhatsApp and any person regarding the account, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § § 2422(b) and 2 and 18 U.S.C. § § 1470 and 2, involving JASON S. BROWN since 11/17/2020, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

    (a) Communication with 671-456-4707 on any messaging applications or forums regarding the enticement of a minor.

    (b) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.